ROBERT MARTIN, AS EXECUTOR, ETC., RESPONDENT *v.* CATHERINE NESTOR ENNISMON HICKS, APPELLANT.

*Order refusing to postpone trial — appeal from — remedy.*

No appeal lies directly to the General Term from an order made at the Circuit refusing to postpone the trial of a case.

The remedy is, in the first instance, by non-enumerated motion at Special Term.

APPEAL from order made at the Circuit denying a motion to postpone the trial of the above entitled action.

*John A. Wright,* for the appellant.

*Joseph Laroque,* for the respondent.

DAVIS, P. J.:

We are of opinion that no appeal lies directly to the General Term from an order made at Circuit refusing to postpone the trial of a case. The correct practice in such cases is laid down in volume 3 of Wait's Practice (at page 77), as follows: "Where a party defendant feels himself aggrieved by a refusal to postpone the trial, whether such refusal be made on a trial by jury or a trial by the court, he may withdraw from the trial; and, if the trial proceeds, and the cause is decided against him, he may, upon affidavit showing the application to postpone, the papers upon which it was founded, its denial, and that a decision has been made against him, make a non-enumerated motion, at Special Term, to set aside such decision. He may also remain and try the case on the merits, and, in case of a decision against him, either . pursue the same course to obtain a new trial, or may, if the trial was by jury, under section 265, move at Special Term, on a case, for a new trial, alleging, as one of the grounds, the refusal to postpone the trial; or, if the trial

was by the court, he may then, under section 268, appeal directly to the General Term, alleging, as cause for reversal, the refusal to postpone. (*Howard* v. *Freeman*, 3 Abb. [N. S.], 292; *Ogden* v. *Payne*, 5 Cow., 15; *Hooker* v. *Rogers*, 6 id., 577; *People* v. *Vermilyea*, 7 id., 369; *Brooklyn Oil Works* v. *Brown*, 38 How., 451; S. C., 7 Abb. [N. S.], 382; *Miller* v. *Porter*, 17 How., 526.)

The appeal from the order of the Circuit Court should, therefore, be dismissed, with costs.

DANIELS and BRADY, JJ., concurred.

Appeal dismissed, with costs.